# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHAD HERQUET

NO. 2019 KW 1079

SEP 3 0 2019

---

In Re:     Chad Herquet, applying for supervisory writs, 20th
           Judicial District Court, Parish of East Feliciana,
           Nos. 19-CR-436, 19-CR-437, 19-CR-438, 19-CR-439.

---

BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.

**WRIT DENIED.** Relator failed to provide this court with sufficient information to make a meaningful inquiry with the district court. If relator elects to file a new application for supervisory review, he should include the district court docket number, the date of arrest, the type of offense, his date of birth, a file-stamped copy of any motions or pleadings filed in the district court that are now at issue, and a copy of the district court's rulings or information concerning the court's failure to rule.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT